JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER L. WILLIAMSON,** **Plaintiff,** v. **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,** **Defendant.** | **NO. EDCV 16-2245-KS** **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 18, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE